JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT N. JONES, | Case No. CV 13-0062-JAK (DTB) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| VENTURA COUNTY SHERIFF'S DEPUTIES, | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice, but without leave to amend.

DATED: November 13, 2013

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE